UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ARIEL MARQUEZ, *individually and on behalf of others similarly situated,*

                      *Plaintiff,*

-against-

M & R PIZZA, INC. (D/B/A SOFIA'S PIZZA), NICHOLAS AGOLA, and MICHAEL AGOLA,

                      *Defendants.*

-------------------------------------------------------X

Civil Action No. **23-cv-01412-EK-CLP**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To:

    David Stein, Esq.
    Stein & Nieporent LLP
    1441 Broadway, Suite 6090
    New York, NY 10018
    *Attorneys for Defendants*

        PLEASE TAKE NOTICE that Plaintiff ARIEL MARQUEZ, hereby accepts the offer of judgment made by Defendants M & R PIZZA, INC. (D/B/A SOFIA'S PIZZA), NICHOLAS AGOLA, and MICHAEL AGOLA, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated September 22, 2023. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated:  New York, New York
         September 22, 2023

                                            Jesse Barton
                                            CSM Legal P.C.
                                            60 East 42nd Street, Suite 4510
                                            New York, NY 10165
                                            (212) 317-1200
                                            *Attorneys for Plaintiff*