UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ARIEL MARQUEZ, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

-against-

M & R PIZZA, INC. (D/B/A SOFIA'S PIZZA), NICHOLAS AGOLA, and MICHAEL AGOLA,

                *Defendants.*
------------------------------------------------------------------X

Civil Action No. **23-cv-01412-EK-CLP**

**JUDGMENT**

## **JUDGMENT**

On September 25, 2023, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, and ADJUDGED as follows:

That the Plaintiff, ARIEL MARQUEZ, has judgment against M & R PIZZA, INC. (D/B/A SOFIA'S PIZZA), NICHOLAS AGOLA, and MICHAEL AGOLA, jointly and severally, in the amount of Twenty Thousand Dollars and No Cents ($20,000.00), which is inclusive of attorneys' fees and costs.

Dated: Brooklyn, New York

      September 27, 2023                 BRENNA B. MAHONEY
                                                  CLERK OF COURT
                                                  BY: *Jalitza Poveda*
                                                         Deputy Clerk